**Opinion issued February 12, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00115-CV

————————————

## IN RE DIEGO RAOUL GODING, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Diego Raoul Goding has filed a petition for writ of mandamus seeking to vacate trial court orders signed on December 19 and 23, 2025 and January 9, 2026.[1]

---

[1] The underlying case is *In the Interest of E.S.G. a Child*, cause number 2019-20442A, pending in the 312th District Court of Harris County, Texas, the Honorable Teresa J. Waldrop presiding.

We deny mandamus relief. *See* TEX. R. APP. P. 52.3(i), (k), (l), 52.7(a)(1)-(2), 52.8(a).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.